No. 83–1304. PAUL v. HALEY ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–1314. GALVIN v. HERITAGE FIRST NATIONAL BANK OF LOCKPORT, ILLINOIS, EXECUTOR OF THE ESTATE OF GRABOW, ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–1322. O'BANNON v. AZAR. Ct. App. La., 4th Cir. Certiorari denied.

No. 83–1328. MOORE v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 83–1331. PINE ET AL. v. CREDITHRIFT OF AMERICA, INC. C. A. 6th Cir. Certiorari denied.

No. 83–1333. AMERICAN DREDGING CO. v. BERKLEY CURTIS BAY CO., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–1344. INGRAM MANUFACTURING CO. v. INTERNATIONAL UNION OF ELECTRICAL, RADIO & MACHINE WORKERS, AFL–CIO–CLC, ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–1347. UNIGARD INSURANCE CO. v. FORMICA CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–1348. COUNTY OF ST. LOUIS, MINNESOTA, ET AL. v. FEDERAL LAND BANK OF ST. PAUL. Sup. Ct. Minn. Certiorari denied.

No. 83–1349. MAGNISEA FISHERIES, INC. v. OREGON OYSTER CO. C. A. 9th Cir. Certiorari denied.

No. 83–1359. LANDFRIED ET AL. v. TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS. C. A. 8th Cir. Certiorari denied.

No. 83–1361. UNITED HOME RENTALS, INC., ET AL. v. TEXAS REAL ESTATE COMMISSION ET AL. C. A. 5th Cir. Certiorari denied.